N. V. STOOMVAART MAATSCHAPPIJ, "NEDERLAND" and the S. S. ROTTI, Appellants,

v.

STANDARD OIL COMPANY OF CALIFORNIA et al., Appellees.

No. 22050.

United States Court of Appeals
Ninth Circuit.

July 8, 1968.

Certiorari Denied Dec. 9, 1968.

See 89 S.Ct. 448.

Francis L. Tetreault (argued), John A. Edginton of Graham & James, San Francisco, Cal., for appellants.

Noble K. Gregory (argued), Stanley J. Madden, W. Robert Buxton, Walter R. Allan, of Pillsbury, Madison & Sutro, San Francisco, Cal., for appellees.

Before BROWNING and CARTER, Circuit Judges, and FOLEY, District Judge.*

PER CURIAM:

The district court filed a written opinion, Standard Oil Company of California v. The S.S. ROTTI, 286 F.Supp. 677.

On the basis of that opinion, the judgment is affirmed.

---

Donald Richard LEEMAN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 19109.

United States Court of Appeals
Eighth Circuit.

Aug. 13, 1968.

Donald Richard Leeman, pro se.

Theodore L. Richling, U. S. Atty., for District of Nebraska, Omaha, Neb., for appellee; Duane L. Nelson, Asst. U. S. Atty., on the brief.

Before MATTHES and HEANEY, Circuit Judges, and REGISTER, Chief District Judge.

PER CURIAM.

This appeal involves the third effort of the defendant to secure a reduction of sentence before this Court. We affirm the decision of the United States District Court for the District of Nebraska denying the defendant's motion to correct the sentence. In so doing, we adopt the memorandum decision of Judge Robert Van Pelt as the decision of this Court. D.C., 287 F.Supp. 279 (1968).

---

* Hon. Roger D. Foley, United States District Judge, District of Nevada, sitting by designation.